NOVEMBER 5, 1962

**Reap. Dec. 10369.**—D. E. Sanford Company and W. J. Byrnes & Co., Inc. *v.* United States, ▮▮▮▮▮▮▮▮▮▮ Entered at Los Angeles, Calif. (Not published.) (Initial No. R58/3172.) Motion by plaintiffs.